UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**CASE NO.: 9:20-cv-80929-DMM**

HOWARD COHAN,

    Plaintiff,

vs.

TURNPIKE DONUTS LLC,
d/b/a DUNKIN DONUTS,

    Defendant.

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action **with Prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, TURNPIKE DONUTS LLC, d/b/a DUNKIN DONUTS ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. This case shall be dismissed **with Prejudice** with each party bearing his/their own attorneys' fees and costs.

                                        BY: /s/ Jason S. Weiss
                                              Jason S. Weiss
                                              Jason@jswlawyer.com
                                              Florida Bar No. 356890
                                              **WEISS LAW GROUP, P.A.**
                                              5531 N. University Drive, Suite 103
                                              Coral Springs, FL 33067
                                              Tel: (954) 573-2800
                                              Fax: (954) 573-2798
                                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of June, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890