**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-cv-80929-MIDDLEBROOKS**

HOWARD COHAN,

    Plaintiff,

v.

TURNPIKE DONUTS LLC,

    Defendant.

_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court upon a Notice of Voluntary Dismissal With Prejudice filed by Plaintiff Howard Cohan on June 24, 2020. (DE 5). Plaintiff seeks to dismiss this case with prejudice. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1) This case is **DISMISSED WITH PREJUDICE**.

2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT**.

3) Each party shall bear its own fees and costs.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 25th day of June, 2020.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE